DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

26 JANUARY 2017

| | | | |
|---|---|---|---|
| 002P17 | State v. Juan Antonia Miller | 1. State's Motion for Temporary Stay | 1. Allowed **01/04/2017** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| 004P17 | State v. Leonard Paul Schalow | 1. State's Motion for Temporary Stay (COA16-330) | 1. Allowed **01/6/2017** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR under N.C.G.S. § 7A-31 | 3. |
| 007P17 | In the Matter of J.A.M. | 1. Petitioner's PDR Under G.S. 7A-31 (COA16-563) | 1. |
| | | 2. Petitioner's Motion for Temporary Stay | 2. Allowed **01/10/2017** |
| | | 3. Petitioner's Petition for *Writ of Supersedeas* | 3. |
| 014A17 | State v. Barry Randall Revels | 1. Def's Motion to Abate Proceeding Based on Defendant's Death | 1. Allowed **01/25/2017** |
| | | 2. Def's Motion for Extension of Time to File Brief | 2. Dismissed as moot **01/25/2017** |
| 020P17 | State v. Melvin Emanuel Goodwin | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **01/12/2017** |
| 025P17 | State v. Jesus Martinez | 1. State's Motion for Temporary Stay (COA16-374) | 1. Allowed **01/19/2017** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 038P06-2 | State v. Omeako Lavon Brisbon | Def's Petition for *Writ of Certiorari* to Review Order of Superior Court, Cumberland County | Denied |
| 042P04-9 | State v. Larry McLeod Pulley | 1. Def's *Pro Se* Motion for Formal Complaint Against the Office of the Clerk | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion for PDR | 2. Dismissed |
| 082A14 | State v. Sethy Tony Seam | Def's Motion to Expedite Mandate | Denied **12/29/2016** **Ervin, J., recused** |